# EXHIBIT 1

# FORM VA

UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

VA    109-343

| VA | VAU |

EFFECTIVE DATE OF REGISTRATION

13 OCT 1982

(Month)    (Day)    (Year)

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE CONTINUATION SHEET (FORM VA/CON)

**① Title**

TITLE OF THIS WORK:

Centipede

NATURE OF THIS WORK: (See instructions)

Artwork

Previous or Alternative Titles:

PUBLICATION AS A CONTRIBUTION: (If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.)

Title of Collective Work    Vol.    No.    Date    Pages

**② Author(s)**

IMPORTANT: Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). If any part of this work was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates blank.

**1**

NAME OF AUTHOR:

Atari, Inc.

Was this author's contribution to the work a "work made for hire"?    Yes  X    No.

DATES OF BIRTH AND DEATH:
Born      Died

AUTHOR'S NATIONALITY OR DOMICILE:

Citizen of _____ (Name of Country)    or    Domiciled in    U.S.A. (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous?    Yes    No  X
Pseudonymous?    Yes    No  X

AUTHOR OF: (Briefly describe nature of this author's contribution)

Completely revised and additional artwork.

**2**

NAME OF AUTHOR:

Was this author's contribution to the work a "work made for hire"?    Yes    No.

DATES OF BIRTH AND DEATH:
Born      Died

AUTHOR'S NATIONALITY OR DOMICILE:

Citizen of _____ (Name of Country)    or    Domiciled in _____ (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous?    Yes    No
Pseudonymous?    Yes    No

AUTHOR OF: (Briefly describe nature of this author's contribution)

**3**

NAME OF AUTHOR:

Was this author's contribution to the work a "work made for hire"?    Yes    No.

DATES OF BIRTH AND DEATH:
Born      Died

AUTHOR'S NATIONALITY OR DOMICILE:

Citizen of _____ (Name of Country)    or    Domiciled in _____ (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous?    Yes    No
Pseudonymous?    Yes    No

AUTHOR OF: (Briefly describe nature of this author's contribution)

**③ Creation and Publication**

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED:

Year 1982

This information must be given in all cases.

DATE AND NATION OF FIRST PUBLICATION:

Date    May    3,    1982

Nation    U.S.A.

Complete this block ONLY if this work has been published.

**④ Claimant(s)**

NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):

Atari, Inc.
1265 Borregas Avenue, Sunnyvale, California  94086

TRANSFER: (If the copyright claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.)

---

- Complete all applicable spaces (numbers 5-9) on the reverse side of this page
- Follow detailed instructions attached    • Sign the form at line 8

DO NOT WRITE HERE

Page 1 of 2 pages

| | | | |
|---|---|---|---|
| WA 109-343 | EXAMINED BY E.K. CHECKED BY | APPLICATION RECEIVED 13 OCT 1982 | FOR COPYRIGHT OFFICE USE ONLY |
| | CORRESPONDENCE ☐ Yes | DEPOSIT RECEIVED 13 OCT 1982  13 OCT 1982 | |
| | DEPOSIT ACCOUNT FUNDS USED ☐ | REMITTANCE NUMBER AND DATE 006204  US Sagat | |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED ADDITIONAL SPACE, USE CONTINUATION SHEET (FORM VA/CON)**

**PREVIOUS REGISTRATION:**

- Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office? Yes **X**   No

- If your answer is "Yes" why is another registration being sought? (Check appropriate box)
  - ☐ This is the first published edition of a work previously registered in unpublished form.
  - ☐ This is the first application submitted by this author as copyright claimant.
  - **X** This is a changed version of the work, as shown by line 6 of this application.

- If your answer is "Yes" give: Previous Registration Number **PA: 108-068**   Year of Registration **1981**

**5 Previous Registration**

**COMPILATION OR DERIVATIVE WORK:** (See instructions)

PREEXISTING MATERIAL: Identify any preexisting work or works that this work is based on or incorporates.
**Audiovisual work.**

MATERIAL ADDED TO THIS WORK: (Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.)
**Completely revised and additional artwork.**

**6 Compilation or Derivative Work**

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name **Brylawski & Cleary**

Account Number **DA 056 385**

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name **Brylawski & Cleary**
Address **224 East Capitol Street**
**Washington,   D.C.   20003**

**7 Fee and Correspondence**

**CERTIFICATION: ✱** I, the undersigned, hereby certify that I am the: (Check one)
☐ author ☐ other copyright claimant ☐ owner of exclusive right(s) **X** authorized agent of **Atari, Inc.**
of the work described and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X): *Edwin Komen*

Typed or printed name **Edwin Komen**   Date **10/11/82**

**8 Certification (Application must be signed)**

**MAIL CERTIFICATE TO**

**Brylawski & Cleary**
**224 East Capitol Street**
**Washington, D.C.   20003**

(Certificate will be mailed in window envelope)

**9 Address For Return of Certificate**

Additional Certificate (17 U.S.C. 706)

# CERTIFICATE OF COPYRIGHT REGISTRATION

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

*David L. Ladd*

**REGISTER OF COPYRIGHTS**
*United States of America*

**FORM VA**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

VAu · 29-718

VA ( VAU )

EFFECTIVE DATE OF REGISTRATION

OCT. 15 1981
Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED ADDITIONAL SPACE, USE CONTINUATION SHEET (FORM VA/CON)**

**(1) Title**

TITLE OF THIS WORK:
CENTIPEDE

NATURE OF THIS WORK: (See instructions)
34 photographs

Previous or Alternative Titles:

PUBLICATION AS A CONTRIBUTION: (If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.)

Title of Collective Work: ...... Vol...... No..... Date............. Pages ...........

**(2) Author(s)**

**IMPORTANT:** Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). If any part of this work was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates blank.

**1**
NAME OF AUTHOR:
Atari, Inc.
Was this author's contribution to the work a "work made for hire"? Yes..... X No.....

DATES OF BIRTH AND DEATH:
Born...... Died......
(Year)    (Year)

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of ............... or { Domiciled in .... U.S.A. .....
(Name of Country)                (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous? Yes...... No.. X
Pseudonymous? Yes...... No.. X
If the answer to either of these questions is "Yes," see detailed instructions attached.

AUTHOR OF: (Briefly describe nature of this author's contribution)
Photographs

**2**
NAME OF AUTHOR:
Was this author's contribution to the work a "work made for hire"? Yes..... No.....

DATES OF BIRTH AND DEATH:
Born...... Died......
(Year)    (Year)

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of ............... or { Domiciled in ...............
(Name of Country)                (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous? Yes...... No......
Pseudonymous? Yes...... No......
If the answer to either of these questions is "Yes," see detailed instructions attached.

AUTHOR OF: (Briefly describe nature of this author's contribution)

**3**
NAME OF AUTHOR:
Was this author's contribution to the work a "work made for hire"? Yes..... No.....

DATES OF BIRTH AND DEATH:
Born...... Died......
(Year)    (Year)

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of ............... or { Domiciled in ...............
(Name of Country)                (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous? Yes...... No......
Pseudonymous? Yes...... No......
If the answer to either of these questions is "Yes," see detailed instructions attached.

AUTHOR OF: (Briefly describe nature of this author's contribution)

**(3) Creation and Publication**

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED:
Year 1981
(This information must be given in all cases.)

DATE AND NATION OF FIRST PUBLICATION:
Date ...............
(Month) (Day) (Year)
Nation ...............
(Name of Country)
(Complete this block ONLY if this work has been published.)

**(4) Claimant(s)**

NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):
Atari, Inc.
1265 Borregas Avenue
Sunnyvale, California  94086

TRANSFER: (If the copyright claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.)

| EXAMINED BY: | APPLICATION RECEIVED: | |
|---|---|---|
| CHECKED BY: | 15. OCT. 1981 | |
| CORRESPONDENCE ☑ Yes | DEPOSIT RECEIVED: OCT 15 1981 | FOR COPYRIGHT OFFICE USE ONLY |
| DEPOSIT ACCOUNT FUNDS USED: ☐ | REMITTANCE NUMBER AND DATE: | |

VAu - 29-718

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED ADDITIONAL SPACE, USE CONTINUATION SHEET (FORM VA/CON)**

**PREVIOUS REGISTRATION:**

⑤ Previous Registration

- Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office? Yes........No.. x ...

- If your answer is "Yes," why is another registration being sought? (Check appropriate box)
  - ☐ This is the first published edition of a work previously registered in unpublished form.
  - ☐ This is the first application submitted by this author as copyright claimant.
  - ☐ This is a changed version of the work, as shown by line 6 of the application.

- If your answer is "Yes," give: Previous Registration Number..................Year of Registration.................

**COMPILATION OR DERIVATIVE WORK:** (See instructions)

⑥ Compilation or Derivative Work

PREEXISTING MATERIAL: (Identify any preexisting work or works that this work is based on or incorporates.)
Character of centipede was included in a video game entitled CENTIPEDE.

MATERIAL ADDED TO THIS WORK: (Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.)
Photographs of specific series of poses.

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name: Brylawski & Cleary

Account Number: DA: 050385

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name: Edwin Komen, Esq.
Brylawski & Cleary
Address: 224 East Capitol Street
(Apt.)
Washington, D.C. 20003
(City)  (State)  (ZIP)

⑦ Fee and Correspondence

**CERTIFICATION:** ✱ I, the undersigned, hereby certify that I am the: (Check one)

☐ author ☐ other copyright claimant ☐ owner of exclusive right(s) ☒ authorized agent of: Atari, Inc.
(Name of author or other copyright claimant, or owner of exclusive right(s))

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) Edwin Komen

Typed or printed name: Edwin Komen  Date: 10/14/81

⑧ Certification (Application must be signed)

**MAIL CERTIFICATE TO**

Brylawski & Cleary
(Name)
224 East Capitol Street
(Number, Street and Apartment Number)
Washington, D.C. 20003
(City)  (State)  (ZIP code)

(Certificate will be mailed in window envelope)

⑨ Address For Return of Certificate