# EXHIBIT 2

**Int. Cls.: 8, 16, 18, 20, 21, 24, 25, 26 and 34**

**Prior U.S. Cls.: 2, 3, 8, 11, 23, 32, 33, 37, 38, 39, 40, 42 and 44**

**Reg. No. 1,280,536**

## United States Patent and Trademark Office

Registered Jun. 5, 1984

### TRADEMARK
#### Principal Register



Atari, Inc. (Delaware corporation)
1265 Borregas Ave.
Sunnyvale, Calif. 94086

For: NAIL FILES, POCKET KNIVES WITH ATTACHED MONEY CLIP, POCKET KNIVES WITH ATTACHED KEY RING, in CLASS 8 (U.S. Cls. 23 and 44).

First use May 1978; in commerce Jun. 10, 1980.

For: INFORMATIONAL AND EDUCATIONAL NEWSLETTERS; PRINTING RIBBON, PAPER, AND THERMAL PRINTER PAPER FOR USE WITH COMPUTER PRINTERS; OPERATOR MANUALS AND REFERENCE MATERIALS RELATING TO ELECTRONIC PRODUCTS; PENS, CORRESPONDENCE FOLDERS AND NOTE PAPER, in CLASS 16 (U.S. Cls. 11, 37 and 38).

First use Mar. 5, 1980; in commerce Jun. 10, 1980.

For: TOTE BAGS, BACKPACKS, AND GENERAL PURPOSE SPORTS BAGS, in CLASS 18 (U.S. Cl. 3).

First use Mar. 26, 1979; in commerce Mar. 17, 1980.

For: MIRRORS, in CLASS 20 (U.S. Cl. 32).

First use Apr. 11, 1980; in commerce Jul. 8, 1980.

For: MUGS, COASTERS, AND GLASS BEVERAGEWARE, in CLASS 21 (U.S. Cls. 2 and 33).

First use Jan. 13, 1980; in commerce Jun. 10, 1980.

For: FABRIC DUST COVERS AND TOWELS, in CLASS 24 (U.S. Cl. 42).

First use May 17, 1979; in commerce Jun. 14, 1979.

For: MEN'S, WOMEN'S AND CHILDREN'S WEARING APPAREL—NAMELY, VESTS, T-SHIRTS, JACKETS, CAPS, BIBS, SHIRTS, JOGGING SUITS AND ATHLETIC JERSEYS, in CLASS 25 (U.S. Cl. 39).

First use Jun. 24, 1977; in commerce Nov. 14, 1978.

For: BUCKLES, in CLASS 26 (U.S. Cl. 40).

First use Apr. 1978; in commerce Sep. 9, 1980.

For: NON-ELECTRIC CIGARETTE LIGHTERS, in CLASS 34 (U.S. Cl. 8).

First use Dec. 30, 1979; in commerce Jul. 8, 1980.

Owner of U.S. Reg. Nos. 1,049,118 and 1,221,508.

Ser. No. 376,764, filed Jul. 26, 1982.

STEPHEN J. KELLER, Examining Attorney

Int. Cl.: 28

Prior U.S. Cl.: 22

## United States Patent Office

Reg. No. 1,049,118

Registered Sept. 28, 1976

## TRADEMARK
### Principal Register



Atari, Inc. (California corporation)
14600 Winchester Blvd.
Los Gatos, Calif.  95030

For: ELECTRONIC AMUSEMENT GAME APPA-
RATUS HAVING A VIDEO OUTPUT DISPLAY, in
CLASS 28 (U.S. CL. 22).

First use on or about June 1, 1973; in commerce on or
about June 1, 1973.

Owner of Reg. No. 753,230.

Ser. No. 69,559, filed Nov. 19, 1975.

CHARLES R. FOWLER, Supervisory Examiner

J. TINGLEY, Examiner

**From:** TMOfficialNotices@USPTO.GOV
**Sent:** Friday, December 2, 2016 11:01 PM
**To:** us.admin-contact@atari.com
**Cc:** myrna.anderson@atari.com
**Subject:** Official USPTO Notice of Acceptance and Renewal Sections 8 and 9: U.S. Trademark RN 1049118: Miscellaneous Design: Docket/Reference No. 241

**Serial Number:** 73069559
**Registration Number:** 1049118
**Registration Date:** Sep 28, 1976
**Mark:** Miscellaneous Design
**Owner:** Atari Interactive, Inc.

Dec 2, 2016

## NOTICE OF ACCEPTANCE UNDER SECTION 8

The declaration of use or excusable nonuse filed for the above-identified registration meets the requirements of Section 8 of the Trademark Act, 15 U.S.C. §1058. **The Section 8 declaration is accepted.**

## NOTICE OF REGISTRATION RENEWAL UNDER SECTION 9

The renewal application filed for the above-identified registration meets the requirements of Section 9 of the Trademark Act, 15 U.S.C. §1059. **The registration is renewed.**

**The registration will remain in force for the class(es) listed below for the remainder of the ten-year period, calculated from the registration date, unless canceled by an order of the Commissioner for Trademarks or a Federal Court.**

**Class(es):**
028

TRADEMARK SPECIALIST
POST-REGISTRATION DIVISION
571-272-9500

### REQUIREMENTS FOR MAINTAINING REGISTRATION IN SUCCESSIVE TEN-YEAR PERIODS

**WARNING: Your registration will be canceled if you do not file the documents below during the specified time periods.**

**What and When to File:** You must file a declaration of use (or excusable nonuse) **and** an application for renewal between every 9th and 10th-year period, calculated from the registration date. See 15 U.S.C. §§1058, 1059.

**Grace Period Filings**

The above documents will be considered as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*\*\*The USPTO WILL NOT SEND ANY FURTHER NOTICE OR REMINDER OF THESE REQUIREMENTS. THE REGISTRANT SHOULD CONTACT THE USPTO ONE YEAR BEFORE THE EXPIRATION OF THE TIME PERIODS SHOWN ABOVE TO DETERMINE APPROPRIATE REQUIREMENTS AND FEES.\*\*\***

To view this notice and other documents for this application on-line, go to http://tdr.uspto.gov/search.action?sn=73069559. NOTE: This notice will only be available on-line the next business day after receipt of this e-mail.

Int. Cls.: 9 and 14

Prior U.S. Cls.: 22, 23, 26, 27 and 38

## United States Patent and Trademark Office

Reg. No. 1,221,508
Registered Dec. 28, 1982

## TRADEMARK
### Principal Register



Atari, Inc. (Delaware corporation)
1265 Borregas Ave.
Sunnyvale, Calif. 94086

For: COIN ACTUATED VIDEO OUTPUT GAME MACHINES; COIN ACTUATED PINBALL MACHINES; MACHINES WHICH PRODUCE A VIDEO DISPLAY RESPONSIVE TO MUSIC; HAND-HELD ELECTRONIC COMMUNICATORS FOR DEAF AND MUTE PERSONS; COMPUTERS; PERIPHERAL DEVICES FOR COMPUTERS—NAMELY, MODEMS, DISK DRIVES, INTERFACES, MODULAR MEMORY AND TAPE DRIVES; COMPUTER PROGRAMS RECORDED ON TAPES, DISKS AND READ-ONLY MEMORY; BLANK MAGNETIC RECORDING TAPES FOR RECORDING COMPUTER PROGRAMS; WORD PROCESSORS; CABLES; POWER ADAPTERS AND TV SWITCH BOXES; AND SUNGLASSES, in CLASS 9 (U.S. Cls. 22, 23, 26 and 38).

First use Nov. 29, 1972; in commerce Jan. 30, 1973.

For: CLOCKS, in CLASS 14 (U.S. Cl. 27).

First use Oct. 8, 1981; in commerce Oct. 8, 1981.

Ser. No. 331,720, filed Oct. 8, 1981.

WILLIAM P. HERKLOTS, Examining Attorney

| | |
|---|---|
| **From:** | TMOfficialNotices@USPTO.GOV |
| **Sent:** | Tuesday, May 3, 2022 11:00 PM |
| **To:** | us.admin-contact@atari.com |
| **Cc:** | kathy@atari.com |
| **Subject:** | Official USPTO Notice of Acceptance and Renewal Sections 8 and 9: U.S. Trademark RN 1221508: Miscellaneous Design: Docket/Reference No. 229 |

**U.S. Serial Number:** 73331720
**U.S. Registration Number:** 1221508
**U.S. Registration Date:** Dec 28, 1982
**Mark:** Miscellaneous Design
**Owner:** ATARI INTERACTIVE, INC

May 3, 2022

## NOTICE OF ACCEPTANCE UNDER SECTION 8

The declaration of use or excusable nonuse filed for the above-identified registration meets the requirements of Section 8 of the Trademark Act, 15 U.S.C. §1058. **The Section 8 declaration is accepted.**

## NOTICE OF REGISTRATION RENEWAL UNDER SECTION 9

The renewal application filed for the above-identified registration meets the requirements of Section 9 of the Trademark Act, 15 U.S.C. §1059. **The registration is renewed.**

**The registration will remain in force for the class(es) listed below, unless canceled by an order of the Commissioner for Trademarks or a Federal Court, as long as the requirements for maintaining the registration are fulfilled as they become due.**

**Class(es):**
009

TRADEMARK SPECIALIST
POST-REGISTRATION DIVISION
571-272-9500

---

### REQUIREMENTS FOR MAINTAINING REGISTRATION IN SUCCESSIVE TEN-YEAR PERIODS

**WARNING: Your registration will be canceled if you do not file the documents below during the specified statutory time periods.**

**What and When to File:** You must file a declaration of use (or excusable nonuse) **and** an application for renewal between every 9th and 10th-year period, calculated from the registration date. See 15 U.S.C. §§1058, 1059.

**Grace Period Filings**

The above documents will be considered as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*\*\*THE USPTO IS NOT REQUIRED TO SEND ANY FURTHER NOTICE OR REMINDER OF THESE REQUIREMENTS. THE OWNER SHOULD CONTACT THE USPTO ONE YEAR BEFORE THE EXPIRATION OF THE TIME PERIODS SHOWN ABOVE TO DETERMINE APPROPRIATE REQUIREMENTS AND FEES.\*\*\***

To check the status of this registration, go to
https://tsdr.uspto.gov/#caseNumber=73331720&caseSearchType=US_APPLICATION&caseType=SERIAL_NO&searchType=statusSearch or contact the Trademark Assistance Center at 1-800-786-9199.

To view this notice and other documents for this registration on-line, go to
https://tsdr.uspto.gov/#caseNumber=73331720&caseSearchType=US_APPLICATION&caseType=SERIAL_NO&searchType=documentSearch NOTE: This notice will only be available on-line the next business day after receipt of this e-mail.

* **For further information, including information on filing and maintenance requirements for U.S. trademark applications and registrations and required fees, please consult the USPTO website at https://www.uspto.gov/trademark/ or contact the Trademark Assistance Center at 1-800-786-9199.**

# United States of America

## United States Patent and Trademark Office



**Reg. No. 4,214,210**

**Registered Sep. 25, 2012**

**Int. Cls.: 9, 16, and 25**

**TRADEMARK**

**PRINCIPAL REGISTER**

ATARI INTERACTIVE, INC. (DELAWARE CORPORATION)
475 PARK AVENUE SOUTH
NEW YORK, NY 10016

FOR: VIDEO GAME MACHINES FOR USE WITH TELEVISIONS; PLUG AND PLAY GAME UNITS FOR PLAYING VIDEO AND COMPUTER GAMES WITH THE USE OF AN EXTERNAL DISPLAY SCREEN OR MONITOR, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 11-19-2004; IN COMMERCE 11-19-2004.

FOR: PRINTED MATTER, NAMELY, POSTERS, STICKERS; USER AND INSTRUCTION MANUALS FOR COMPUTER HARDWARE AND SOFTWARE, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 10-28-2009; IN COMMERCE 10-28-2009.

FOR: ARTICLES OF CLOTHING, NAMELY, T-SHIRTS, SWEAT SHIRTS, HATS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 4-30-2001; IN COMMERCE 4-30-2001.

OWNER OF U.S. REG. NOS. 1,050,153, 3,173,508, AND OTHERS.

THE MARK CONSISTS OF THE WORD "ATARI" WITH A FUJI DESIGN ABOVE THE WORD WITHIN A BOX.

THE ENGLISH TRANSLATION OF "ATARI" IS SUCCESS OR LUCK.

SN 77-609,882, FILED 11-7-2008.

MATTHEW PAPPAS, EXAMINING ATTORNEY

Director of the United States Patent and Trademark Office

**From:** TMOfficialNotices@USPTO.GOV
**Sent:** Monday, March 7, 2022 11:02 PM
**To:** us.admin-contact@atari.com
**Cc:** kathy@atari.com
**Subject:** Official USPTO Notice of Acceptance and Renewal Sections 8 and 9: U.S. Trademark RN 4214210: ATARI (Stylized/Design): Docket/Reference No. 1986

**U.S. Serial Number:** 77609882
**U.S. Registration Number:** 4214210
**U.S. Registration Date:** Sep 25, 2012
**Mark:** ATARI (Stylized/Design)
**Owner:** Atari Interactive, Inc.

Mar 7, 2022

## NOTICE OF ACCEPTANCE UNDER SECTION 8

The declaration of use or excusable nonuse filed for the above-identified registration meets the requirements of Section 8 of the Trademark Act, 15 U.S.C. §1058. **The Section 8 declaration is accepted.**

## NOTICE OF REGISTRATION RENEWAL UNDER SECTION 9

The renewal application filed for the above-identified registration meets the requirements of Section 9 of the Trademark Act, 15 U.S.C. §1059. **The registration is renewed.**

**The registration will remain in force for the class(es) listed below, unless canceled by an order of the Commissioner for Trademarks or a Federal Court, as long as the requirements for maintaining the registration are fulfilled as they become due.**

**Class(es):**
009, 016, 025

TRADEMARK SPECIALIST
POST-REGISTRATION DIVISION
571-272-9500

---

### REQUIREMENTS FOR MAINTAINING REGISTRATION IN SUCCESSIVE TEN-YEAR PERIODS

**WARNING: Your registration will be canceled if you do not file the documents below during the specified statutory time periods.**

**What and When to File:** You must file a declaration of use (or excusable nonuse) **and** an application for renewal between every 9th and 10th-year period, calculated from the registration date. See 15 U.S.C. §§1058, 1059.

**Grace Period Filings**

The above documents will be considered as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*\*\*THE USPTO IS NOT REQUIRED TO SEND ANY FURTHER NOTICE OR REMINDER OF THESE REQUIREMENTS. THE OWNER SHOULD CONTACT THE USPTO ONE YEAR BEFORE THE EXPIRATION OF THE TIME PERIODS SHOWN ABOVE TO DETERMINE APPROPRIATE REQUIREMENTS AND FEES.\*\*\***

To check the status of this registration, go to
https://tsdr.uspto.gov/#caseNumber=77609882&caseSearchType=US_APPLICATION&caseType=SERIAL_NO&searchType=statusSearch or contact the Trademark Assistance Center at 1-800-786-9199.

To view this notice and other documents for this registration on-line, go to
https://tsdr.uspto.gov/#caseNumber=77609882&caseSearchType=US_APPLICATION&caseType=SERIAL_NO&searchType=documentSearch NOTE: This notice will only be available on-line the next business day after receipt of this e-mail.

   \*    **For further information, including information on filing and maintenance requirements for U.S. trademark applications and registrations and required fees, please consult the USPTO website at https://www.uspto.gov/trademark/ or contact the Trademark Assistance Center at 1-800-786-9199.**

Int. Cl.: 28

Prior U.S. Cl.: 22

## United States Patent Office

Reg. No. 1,050,153
Registered Oct. 12, 1976

## TRADEMARK
### Principal Register

## ATARI

Atari, Inc. (California corporation)
14600 Winchester Blvd.
Los Gatos, Calif. 95030

For: ELECTRONIC AMUSEMENT GAME APPA-
RATUS HAVING A VIDEO OUTPUT DISPLAY, in
CLASS 28 (U.S. CL. 22).

First use on or about June 1, 1972; in commerce on or
about June 1, 1972.

The Japanese word "Atari," when translated into Eng-
lish, means "success" or "luck."

Ser. No. 69,560, filed Nov. 19, 1975.

CHARLES R. FOWLER, Supervisory Examiner

J. TINGLEY, Examiner

| | |
|---|---|
| **From:** | TMOfficialNotices@USPTO.GOV |
| **Sent:** | Friday, December 16, 2016 11:01 PM |
| **To:** | us.admin-contact@atari.com |
| **Cc:** | myrna.anderson@atari.com |
| **Subject:** | Official USPTO Notice of Acceptance and Renewal Sections 8 and 9: U.S. Trademark RN 1050153: ATARI: Docket/Reference No. 239 - Atari |

**Serial Number:** 73069560
**Registration Number:** 1050153
**Registration Date:** Oct 12, 1976
**Mark:** ATARI
**Owner:** Atari Interactive, Inc.

Dec 16, 2016

## NOTICE OF ACCEPTANCE UNDER SECTION 8

The declaration of use or excusable nonuse filed for the above-identified registration meets the requirements of Section 8 of the Trademark Act, 15 U.S.C. §1058. **The Section 8 declaration is accepted.**

## NOTICE OF REGISTRATION RENEWAL UNDER SECTION 9

The renewal application filed for the above-identified registration meets the requirements of Section 9 of the Trademark Act, 15 U.S.C. §1059. **The registration is renewed.**

**The registration will remain in force for the class(es) listed below for the remainder of the ten-year period, calculated from the registration date, unless canceled by an order of the Commissioner for Trademarks or a Federal Court.**

**Class(es):**
028

TRADEMARK SPECIALIST
POST-REGISTRATION DIVISION
571-272-9500

### REQUIREMENTS FOR MAINTAINING REGISTRATION IN SUCCESSIVE TEN-YEAR PERIODS

**WARNING: Your registration will be canceled if you do not file the documents below during the specified time periods.**

**What and When to File:** You must file a declaration of use (or excusable nonuse) **and** an application for renewal between every 9th and 10th-year period, calculated from the registration date. See 15 U.S.C. §§1058, 1059.

**Grace Period Filings**

The above documents will be considered as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*\*\*The USPTO WILL NOT SEND ANY FURTHER NOTICE OR REMINDER OF THESE REQUIREMENTS. THE REGISTRANT SHOULD CONTACT THE USPTO ONE YEAR BEFORE THE EXPIRATION OF THE TIME PERIODS SHOWN ABOVE TO DETERMINE APPROPRIATE REQUIREMENTS AND FEES.\*\*\***

To view this notice and other documents for this application on-line, go to http://tdr.uspto.gov/search.action?sn=73069560. NOTE: This notice will only be available on-line the next business day after receipt of this e-mail.

Int. Cls.: 9 and 14

Prior U.S. Cls.: 22, 23, 26, 27 and 38

## United States Patent and Trademark Office

Reg. No. 1,221,509

Registered Dec. 28, 1982

## TRADEMARK

**Principal Register**

## ATARI

Atari, Inc. (Delaware corporation)
1265 Borregas Ave.
Sunnyvale, Calif. 94086

For: COIN ACTUATED VIDEO OUTPUT GAME MACHINES; COIN ACTUATED PINBALL MACHINES; MACHINES WHICH PRODUCE A VIDEO DISPLAY RESPONSIVE TO MUSIC; HAND-HELD ELECTRONIC COMMUNICATORS FOR DEAF AND MUTE PERSONS; COMPUTERS; PERIPHERAL DEVICES FOR COMPUTERS—NAMELY, MODEMS, DISK DRIVES, INTERFACES, MODULAR MEMORY AND TAPE DRIVES; COMPUTER PROGRAMS RECORDED ON TAPES, DISKS AND READ-ONLY MEMORY; BLANK MAGNETIC RECORDING TAPES FOR RECORDING COMPUTER PROGRAMS; WORD PROCESSORS; CABLES; POWER ADAPTERS AND TV SWITCH BOXES; AND SUNGLASSES, in CLASS 9 (U.S. Cls. 22, 23, 26 and 38).

First use Nov. 29, 1972; in commerce Jan. 30, 1973.

For: CLOCKS, in CLASS 14 (U.S. Cl. 27).

First use Oct. 8, 1981; in commerce Oct. 8, 1981.

Ser. No. 331,721, filed Oct. 8, 1981.

WILLIAM P. HERKLOTS, Examining Attorney

| | |
|---|---|
| **From:** | TMOfficialNotices@USPTO.GOV |
| **Sent:** | Saturday, April 30, 2022 11:00 PM |
| **To:** | us.admin-contact@atari.com |
| **Cc:** | kathy@atari.com |
| **Subject:** | Official USPTO Notice of Acceptance and Renewal Sections 8 and 9: U.S. Trademark RN 1221509: ATARI: Docket/Reference No. 224 |

**U.S. Serial Number:** 73331721
**U.S. Registration Number:** 1221509
**U.S. Registration Date:** Dec 28, 1982
**Mark:** ATARI
**Owner:** ATARI INTERACTIVE, INC.

Apr 30, 2022

## NOTICE OF ACCEPTANCE UNDER SECTION 8

The declaration of use or excusable nonuse filed for the above-identified registration meets the requirements of Section 8 of the Trademark Act, 15 U.S.C. §1058. **The Section 8 declaration is accepted.**

## NOTICE OF REGISTRATION RENEWAL UNDER SECTION 9

The renewal application filed for the above-identified registration meets the requirements of Section 9 of the Trademark Act, 15 U.S.C. §1059. **The registration is renewed.**

**The registration will remain in force for the class(es) listed below, unless canceled by an order of the Commissioner for Trademarks or a Federal Court, as long as the requirements for maintaining the registration are fulfilled as they become due.**

**Class(es):**
009, 014

TRADEMARK SPECIALIST
POST-REGISTRATION DIVISION
571-272-9500

### REQUIREMENTS FOR MAINTAINING REGISTRATION IN SUCCESSIVE TEN-YEAR PERIODS

**WARNING: Your registration will be canceled if you do not file the documents below during the specified statutory time periods.**

**What and When to File:** You must file a declaration of use (or excusable nonuse) **and** an application for renewal between every 9th and 10th-year period, calculated from the registration date. See 15 U.S.C. §§1058, 1059.

**Grace Period Filings**

The above documents will be considered as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*\*\*THE USPTO IS NOT REQUIRED TO SEND ANY FURTHER NOTICE OR REMINDER OF THESE REQUIREMENTS. THE OWNER SHOULD CONTACT THE USPTO ONE YEAR BEFORE THE EXPIRATION OF THE TIME PERIODS SHOWN ABOVE TO DETERMINE APPROPRIATE REQUIREMENTS AND FEES.\*\*\***

To check the status of this registration, go to
https://tsdr.uspto.gov/#caseNumber=73331721&caseSearchType=US_APPLICATION&caseType=SERIAL_NO&searchType=statusSearch or contact the Trademark Assistance Center at 1-800-786-9199.

To view this notice and other documents for this registration on-line, go to
https://tsdr.uspto.gov/#caseNumber=73331721&caseSearchType=US_APPLICATION&caseType=SERIAL_NO&searchType=documentSearch NOTE: This notice will only be available on-line the next business day after receipt of this e-mail.

  \*   **For further information, including information on filing and maintenance requirements for U.S. trademark applications and registrations and required fees, please consult the USPTO website at https://www.uspto.gov/trademark/ or contact the Trademark Assistance Center at 1-800-786-9199.**

Int. Cl.: 28

Prior U.S. Cl.: 22

**United States Patent and Trademark Office**

Reg. No. 1,224,414
Registered Jan. 18, 1983

## TRADEMARK
### Principal Register

# ASTEROIDS

Atari, Inc. (Delaware corporation)
1265 Borregas Ave.
Sunnyvale, Calif. 94086

For: NON-COIN-OPERATED ELECTRONIC AMUSEMENT GAME EQUIPMENT, in CLASS 28 (U.S. Cl. 22).

First use Jun. 11, 1981; in commerce Jun. 11, 1981.
Owner of U.S. Reg. No. 1,184,586.

Ser. No. 335,341, filed Nov. 2, 1981.

W. A. CONN, Examining Attorney

| | |
|---|---|
| **From:** | TMOfficialNotices@USPTO.GOV |
| **Sent:** | Friday, July 8, 2022 11:01 PM |
| **To:** | us.admin-contact@atari.com |
| **Cc:** | kathy@atari.com |
| **Subject:** | Official USPTO Notice of Acceptance and Renewal Sections 8 and 9: U.S. Trademark RN 1224414: ASTEROIDS: Docket/Reference No. 223 |

**U.S. Serial Number:** 73335341
**U.S. Registration Number:** 1224414
**U.S. Registration Date:** Jan 18, 1983
**Mark:** ASTEROIDS
**Owner:** ATARI INTERACTIVE, INC.

Jul 8, 2022

### NOTICE OF ACCEPTANCE UNDER SECTION 8

The declaration of use or excusable nonuse filed for the above-identified registration meets the requirements of Section 8 of the Trademark Act, 15 U.S.C. §1058. **The Section 8 declaration is accepted.**

### NOTICE OF REGISTRATION RENEWAL UNDER SECTION 9

The renewal application filed for the above-identified registration meets the requirements of Section 9 of the Trademark Act, 15 U.S.C. §1059. **The registration is renewed.**

**The registration will remain in force for the class(es) listed below, unless canceled by an order of the Commissioner for Trademarks or a Federal Court, as long as the requirements for maintaining the registration are fulfilled as they become due.**

**Class(es):**
028

TRADEMARK SPECIALIST
POST-REGISTRATION DIVISION
571-272-9500

---

### REQUIREMENTS FOR MAINTAINING REGISTRATION IN SUCCESSIVE TEN-YEAR PERIODS

**WARNING: Your registration will be canceled if you do not file the documents below during the specified statutory time periods.**

**What and When to File:** You must file a declaration of use (or excusable nonuse) **and** an application for renewal between every 9th and 10th-year period, calculated from the registration date. See 15 U.S.C. §§1058, 1059.

**Grace Period Filings**

The above documents will be considered as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*\*\*THE USPTO IS NOT REQUIRED TO SEND ANY FURTHER NOTICE OR REMINDER OF THESE REQUIREMENTS. THE OWNER SHOULD CONTACT THE USPTO ONE YEAR BEFORE THE EXPIRATION OF THE TIME PERIODS SHOWN ABOVE TO DETERMINE APPROPRIATE REQUIREMENTS AND FEES.\*\*\***

To check the status of this registration, go to
https://tsdr.uspto.gov/#caseNumber=73335341&caseSearchType=US_APPLICATION&caseType=SERIAL_NO&searchType=statusSearch or contact the Trademark Assistance Center at 1-800-786-9199.

To view this notice and other documents for this registration on-line, go to
https://tsdr.uspto.gov/#caseNumber=73335341&caseSearchType=US_APPLICATION&caseType=SERIAL_NO&searchType=documentSearch NOTE: This notice will only be available on-line the next business day after receipt of this e-mail.

   *  **For further information, including information on filing and maintenance requirements for U.S. trademark applications and registrations and required fees, please consult the USPTO website at https://www.uspto.gov/trademark/ or contact the Trademark Assistance Center at 1-800-786-9199.**

Int. Cls.: 8, 16, 18, 20, 21, 24, 25, 26 and 34

Prior U.S. Cls.: 2, 3, 8, 11, 23, 32, 33, 37, 38, 39, 40, 42 and 44

**United States Patent and Trademark Office**

Reg. No. 1,280,537
Registered Jun. 5, 1984

## TRADEMARK
### Principal Register

# ATARI

Atari, Inc. (Delaware corporation)
1265 Borregas Ave.
Sunnyvale, Calif. 94086

For: NAIL FILES, POCKET KNIVES WITH ATTACHED MONEY CLIP, POCKET KNIVES WITH ATTACHED KEY RING, in CLASS 8 (U.S. Cls. 23 and 44).

First use May 1978; in commerce Jun. 10, 1980.

For: INFORMATIONAL AND EDUCATIONAL NEWSLETTERS; PRINTING RIBBON, PAPER, AND THERMAL PRINTER PAPER FOR USE WITH COMPUTER PRINTERS; OPERATOR MANUALS AND REFERENCE MATERIALS RELATING TO ELECTRONIC PRODUCTS; PENS, CORRESPONDENCE FOLDERS AND NOTE PAPER, in CLASS 16 (U.S. Cls. 11, 37 and 38).

First use Mar. 5, 1980; in commerce Jun. 10, 1980.

For: TOTE BAGS, BACKPACKS, AND GENERAL PURPOSE SPORTS BAGS, in CLASS 18 (U.S. Cl. 3).

First use Mar. 26, 1979; in commerce Mar. 17, 1980.

For: MIRRORS, in CLASS 20 (U.S. Cl. 32).

First use Apr. 11, 1980; in commerce Jul. 8, 1980.

For: MUGS, COASTERS, AND GLASS BEVERAGEWARE, in CLASS 21 (U.S. Cls. 2 and 33).

First use Jan. 13, 1980; in commerce Jun. 10, 1980.

For: FABRIC DUST COVERS AND TOWELS, in CLASS 24 (U.S. Cl. 42).

First use May 17, 1979; in commerce Jun. 14, 1979.

For: MEN'S, WOMEN'S AND CHILDREN'S WEARING APPAREL—NAMELY, VESTS, T-SHIRTS, JACKETS, CAPS, BIBS, SHIRTS, JOGGING SUITS AND ATHLETIC JERSEYS, in CLASS 25 (U.S. Cl. 39).

First use Jun. 24, 1977; in commerce Nov. 14, 1978.

For: BUCKLES, in CLASS 26 (U.S. Cl. 40).

First use Apr. 1978; in commerce Sep. 9, 1980.

For: NON-ELECTRIC CIGARETTE LIGHTERS, in CLASS 34 (U.S. Cl. 8).

First use Dec. 30, 1979; in commerce Jul. 8, 1980.

Owner of U.S. Reg. Nos. 1,050,153 and 1,221,509.

Ser. No. 376,771, filed Jul. 26, 1982.

STEPHEN J. KELLER, Examining Attorney

| | |
|---|---|
| **From:** | TMOfficialNotices@USPTO.GOV |
| **Sent:** | Thursday, June 5, 2014 11:01 PM |
| **To:** | kristen.keller@atari.com |
| **Subject:** | Official USPTO Notice of Acceptance and Renewal Sections 8 and 9: U.S. Trademark RN 1280537: ATARI: Docket/Reference No. 225 |

**Serial Number:** 73376771
**Registration Number:** 1280537
**Registration Date:** Jun 5, 1984
**Mark:** ATARI
**Owner:** ATARI INTERACTIVE, INC.

Jun 5, 2014

## NOTICE OF ACCEPTANCE UNDER SECTION 8

The declaration of use or excusable nonuse filed for the above-identified registration meets the requirements of Section 8 of the Trademark Act, 15 U.S.C. §1058. **The Section 8 declaration is accepted.**

## NOTICE OF REGISTRATION RENEWAL UNDER SECTION 9

The renewal application filed for the above-identified registration meets the requirements of Section 9 of the Trademark Act, 15 U.S.C. §1059. **The registration is renewed.**

**The registration will remain in force for the class(es) listed below for the remainder of the ten-year period, calculated from the registration date, unless canceled by an order of the Commissioner for Trademarks or a Federal Court.**

**Class(es):**
016, 025

TRADEMARK SPECIALIST
POST-REGISTRATION DIVISION
571-272-9500

### REQUIREMENTS FOR MAINTAINING REGISTRATION IN SUCCESSIVE TEN-YEAR PERIODS

**WARNING: Your registration will be canceled if you do not file the documents below during the specified time periods.**

**What and When to File:** You must file a declaration of use (or excusable nonuse) **and** an application for renewal between every 9th and 10th-year period, calculated from the registration date. See 15 U.S.C. §§1058, 1059.

**Grace Period Filings**

The above documents will be considered as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*\*\*The USPTO WILL NOT SEND ANY FURTHER NOTICE OR REMINDER OF THESE REQUIREMENTS.  THE REGISTRANT SHOULD CONTACT THE USPTO ONE YEAR BEFORE THE EXPIRATION OF THE TIME PERIODS SHOWN ABOVE TO DETERMINE APPROPRIATE REQUIREMENTS AND FEES.\*\*\***

To view this notice and other documents for this application on-line, go to http://tdr.uspto.gov/search.action?sn=73376771.  NOTE: This notice will only be available on-line the next business day after receipt of this e-mail.

Int. Cl.: 28

Prior U.S. Cl.: 22

**United States Patent and Trademark Office**

Reg. No. 1,289,146
Registered Aug. 7, 1984

## TRADEMARK
### Principal Register

## CENTIPEDE

Atari, Inc. (Delaware corporation)
1265 Borregas Ave.
Sunnyvale, Calif. 94086

For: NON-COIN-OPERATED ELECTRONIC AMUSEMENT GAME EQUIPMENT, in CLASS 28 (U.S. Cl. 22).

First use Jan. 6, 1982; in commerce Jan. 6, 1982.
Owner of U.S. Reg. No. 1,194,256.

Ser. No. 380,455, filed Aug. 17, 1982.

J. H. WEBB, Examining Attorney

| | |
|---|---|
| **From:** | TMOfficialNotices@USPTO.GOV |
| **Sent:** | Monday, July 14, 2014 11:01 PM |
| **To:** | kristen.keller@atari.com |
| **Subject:** | Official USPTO Notice of Acceptance and Renewal Sections 8 and 9: U.S. Trademark RN 1289146: CENTIPEDE: Docket/Reference No. 232 |

**Serial Number:** 73380455
**Registration Number:** 1289146
**Registration Date:** Aug 7, 1984
**Mark:** CENTIPEDE
**Owner:** ATARI INTERACTIVE, INC.

Jul 14, 2014

### NOTICE OF ACCEPTANCE UNDER SECTION 8

The declaration of use or excusable nonuse filed for the above-identified registration meets the requirements of Section 8 of the Trademark Act, 15 U.S.C. §1058. **The Section 8 declaration is accepted.**

### NOTICE OF REGISTRATION RENEWAL UNDER SECTION 9

The renewal application filed for the above-identified registration meets the requirements of Section 9 of the Trademark Act, 15 U.S.C. §1059. **The registration is renewed.**

**The registration will remain in force for the class(es) listed below for the remainder of the ten-year period, calculated from the registration date, unless canceled by an order of the Commissioner for Trademarks or a Federal Court.**

**Class(es):**
028

TRADEMARK SPECIALIST
POST-REGISTRATION DIVISION
571-272-9500

### REQUIREMENTS FOR MAINTAINING REGISTRATION IN SUCCESSIVE TEN-YEAR PERIODS

**WARNING: Your registration will be canceled if you do not file the documents below during the specified time periods.**

**What and When to File:** You must file a declaration of use (or excusable nonuse) **and** an application for renewal between every 9th and 10th-year period, calculated from the registration date. See 15 U.S.C. §§1058, 1059.

**Grace Period Filings**

The above documents will be considered as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*\*\*The USPTO WILL NOT SEND ANY FURTHER NOTICE OR REMINDER OF THESE REQUIREMENTS. THE REGISTRANT SHOULD CONTACT THE USPTO ONE YEAR BEFORE THE EXPIRATION OF THE TIME PERIODS SHOWN ABOVE TO DETERMINE APPROPRIATE REQUIREMENTS AND FEES.\*\*\***

To view this notice and other documents for this application on-line, go to http://tdr.uspto.gov/search.action?sn=73380455. NOTE: This notice will only be available on-line the next business day after receipt of this e-mail.

Int. Cl.: 28

Prior U.S. Cls.: 22, 23, 38 and 50

## United States Patent and Trademark Office

Reg. No. 2,004,406
Registered Oct. 1, 1996

## TRADEMARK
### PRINCIPAL REGISTER

## MISSILE COMMAND

ATARI CORPORATION (NEVADA CORPORA-
TION)
1196 BORREGAS AVENUE
SUNNYVALE, CA 94089

FOR: PRE-RECORDED VIDEO AND COM-
PUTER GAME PROGRAMS, CARTRIDGES
AND CASSETTES; VIDEO GAME JOYSTICKS

AND VIDEO GAME MACHINES, IN CLASS 28
(U.S. CLS. 22, 23, 38 AND 50).
FIRST USE 4–21–1981; IN COMMERCE
4–21–1981.

SER. NO. 75–009,692, FILED 10–18–1995.

PATRICIA HORRALL, EXAMINING ATTOR-
NEY

| | |
|---|---|
| **From:** | TMOfficialNotices@USPTO.GOV |
| **Sent:** | Wednesday, December 7, 2016 11:01 PM |
| **To:** | us.admin-contact@atari.com |
| **Cc:** | myrna.anderson@atari.com |
| **Subject:** | Official USPTO Notice of Acceptance and Renewal Sections 8 and 9: U.S. Trademark RN 2004406: MISSILE COMMAND |

**Serial Number:** 75009692
**Registration Number:** 2004406
**Registration Date:** Oct 1, 1996
**Mark:** MISSILE COMMAND
**Owner:** ATARI INTERACTIVE, INC.

Dec 7, 2016

### NOTICE OF ACCEPTANCE UNDER SECTION 8

The declaration of use or excusable nonuse filed for the above-identified registration meets the requirements of Section 8 of the Trademark Act, 15 U.S.C. §1058. **The Section 8 declaration is accepted.**

### NOTICE OF REGISTRATION RENEWAL UNDER SECTION 9

The renewal application filed for the above-identified registration meets the requirements of Section 9 of the Trademark Act, 15 U.S.C. §1059. **The registration is renewed.**

**The registration will remain in force for the class(es) listed below for the remainder of the ten-year period, calculated from the registration date, unless canceled by an order of the Commissioner for Trademarks or a Federal Court.**

**Class(es):**
028

TRADEMARK SPECIALIST
POST-REGISTRATION DIVISION
571-272-9500

### REQUIREMENTS FOR MAINTAINING REGISTRATION IN SUCCESSIVE TEN-YEAR PERIODS

**WARNING: Your registration will be canceled if you do not file the documents below during the specified time periods.**

**What and When to File:** You must file a declaration of use (or excusable nonuse) **and** an application for renewal between every 9th and 10th-year period, calculated from the registration date. See 15 U.S.C. §§1058, 1059.

**Grace Period Filings**

The above documents will be considered as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*\*\*The USPTO WILL NOT SEND ANY FURTHER NOTICE OR REMINDER OF THESE REQUIREMENTS. THE REGISTRANT SHOULD CONTACT THE USPTO ONE YEAR BEFORE THE EXPIRATION OF THE TIME PERIODS SHOWN ABOVE TO DETERMINE APPROPRIATE REQUIREMENTS AND FEES.\*\*\***

To view this notice and other documents for this application on-line, go to http://tdr.uspto.gov/search.action?sn=75009692. NOTE: This notice will only be available on-line the next business day after receipt of this e-mail.

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

## United States Patent and Trademark Office

Reg. No. 2,553,961
Registered Mar. 26, 2002

## TRADEMARK
## PRINCIPAL REGISTER

## BREAKOUT

ATARI INTERACTIVE, INC. (DELAWARE COR-
PORATION)
1027 NEWPORT AVENUE
PAWTUCKET, RI 02862

FOR: COMPUTER GAME PROGRAMS AND VI-
DEO GAME CARTRIDGES, IN CLASS 9 (U.S. CLS.
21, 23, 26, 36 AND 38).

FIRST USE 9-23-2000; IN COMMERCE 9-23-2000.

OWNER OF U.S. REG. NO. 1,241,326.

SN 76-062,330, FILED 6-2-2000.

RUSS HERMAN, EXAMINING ATTORNEY

| | |
|---|---|
| **From:** | TMOfficialNotices@USPTO.GOV |
| **Sent:** | Monday, October 4, 2021 11:02 PM |
| **To:** | us.admin-contact@atari.com |
| **Cc:** | kathy@atari.com |
| **Subject:** | Official USPTO Notice of Acceptance and Renewal Sections 8 and 9: U.S. Trademark RN 2553961: BREAKOUT: Docket/Reference No. 819 |

**U.S. Serial Number:** 76062330
**U.S. Registration Number:** 2553961
**U.S. Registration Date:** Mar 26, 2002
**Mark:** BREAKOUT
**Owner:** ATARI INTERACTIVE, INC.

Oct 4, 2021

### NOTICE OF ACCEPTANCE UNDER SECTION 8

The declaration of use or excusable nonuse filed for the above-identified registration meets the requirements of Section 8 of the Trademark Act, 15 U.S.C. §1058. **The Section 8 declaration is accepted.**

### NOTICE OF REGISTRATION RENEWAL UNDER SECTION 9

The renewal application filed for the above-identified registration meets the requirements of Section 9 of the Trademark Act, 15 U.S.C. §1059. **The registration is renewed.**

**The registration will remain in force for the class(es) listed below, unless canceled by an order of the Commissioner for Trademarks or a Federal Court, as long as the requirements for maintaining the registration are fulfilled as they become due.**

**Class(es):**
009

TRADEMARK SPECIALIST
POST-REGISTRATION DIVISION
571-272-9500

---

### REQUIREMENTS FOR MAINTAINING REGISTRATION IN SUCCESSIVE TEN-YEAR PERIODS

**WARNING: Your registration will be canceled if you do not file the documents below during the specified statutory time periods.**

**What and When to File:** You must file a declaration of use (or excusable nonuse) **and** an application for renewal between every 9th and 10th-year period, calculated from the registration date. See 15 U.S.C. §§1058, 1059.

**Grace Period Filings**

The above documents will be considered as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*\*\*THE USPTO IS NOT REQUIRED TO SEND ANY FURTHER NOTICE OR REMINDER OF THESE REQUIREMENTS. THE OWNER SHOULD CONTACT THE USPTO ONE YEAR BEFORE THE EXPIRATION OF THE TIME PERIODS SHOWN ABOVE TO DETERMINE APPROPRIATE REQUIREMENTS AND FEES.\*\*\***

To check the status of this registration, go to
https://tsdr.uspto.gov/#caseNumber=76062330&caseSearchType=US_APPLICATION&caseType=SERIAL_NO&searchType=statusSearch or contact the Trademark Assistance Center at 1-800-786-9199.

To view this notice and other documents for this registration on-line, go to
https://tsdr.uspto.gov/#caseNumber=76062330&caseSearchType=US_APPLICATION&caseType=SERIAL_NO&searchType=documentSearch NOTE: This notice will only be available on-line the next business day after receipt of this e-mail.

  * **For further information, including information on filing and maintenance requirements for U.S. trademark applications and registrations and required fees, please consult the USPTO website at https://www.uspto.gov/trademark/ or contact the Trademark Assistance Center at 1-800-786-9199.**

# United States of America
### United States Patent and Trademark Office

# PONG

**Reg. No. 4,324,638**

**Registered Apr. 23, 2013**

**Int. Cls.: 16 and 25**

**TRADEMARK**

**PRINCIPAL REGISTER**

ATARI INTERACTIVE, INC. (DELAWARE CORPORATION)
475 PARK AVENUE SOUTH
NEW YORK, NY 10016

FOR: PRINTED MATTER, NAMELY, STICKERS; USER AND INSTRUCTION MANUALS
FOR COMPUTER HARDWARE AND SOFTWARE, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29,
37, 38 AND 50).

FIRST USE 10-28-2009; IN COMMERCE 10-28-2009.

FOR: ARTICLES OF CLOTHING, NAMELY, T-SHIRTS, SWEAT SHIRTS, HATS, IN CLASS
25 (U.S. CLS. 22 AND 39).

FIRST USE 4-30-2001; IN COMMERCE 4-30-2001.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 2,611,782.

SN 77-609,902, FILED 11-7-2008.

MATTHEW PAPPAS, EXAMINING ATTORNEY



Acting Director of the United States Patent and Trademark Office

| | |
|---|---|
| **From:** | TMOfficialNotices@USPTO.GOV |
| **Sent:** | Tuesday, October 25, 2022 11:15 PM |
| **To:** | us.admin-contact@atari.com |
| **Cc:** | Kathy@atari.com |
| **Subject:** | Official USPTO Notice of Acceptance and Renewal Sections 8 and 9: U.S. Trademark RN 4324638: PONG: Docket/Reference No. 1981 |

**U.S. Serial Number:** 77609902
**U.S. Registration Number:** 4324638
**U.S. Registration Date:** Apr 23, 2013
**Mark:** PONG
**Owner:** Atari Interactive, Inc.

Oct 25, 2022

## NOTICE OF ACCEPTANCE UNDER SECTION 8

The declaration of use or excusable nonuse filed for the above-identified registration meets the requirements of Section 8 of the Trademark Act, 15 U.S.C. §1058. **The Section 8 declaration is accepted.**

## NOTICE OF REGISTRATION RENEWAL UNDER SECTION 9

The renewal application filed for the above-identified registration meets the requirements of Section 9 of the Trademark Act, 15 U.S.C. §1059. **The registration is renewed.**

**The registration will remain in force for the class(es) listed below, unless canceled by an order of the Commissioner for Trademarks or a Federal Court, as long as the requirements for maintaining the registration are fulfilled as they become due.**

**Class(es):**
016, 025

TRADEMARK SPECIALIST
POST-REGISTRATION DIVISION
571-272-9500

### REQUIREMENTS FOR MAINTAINING REGISTRATION IN SUCCESSIVE TEN-YEAR PERIODS

**WARNING: Your registration will be canceled if you do not file the documents below during the specified statutory time periods.**

**What and When to File:** You must file a declaration of use (or excusable nonuse) **and** an application for renewal between every 9th and 10th-year period, calculated from the registration date. See 15 U.S.C. §§1058, 1059.

**Grace Period Filings**

The above documents will be considered as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*\*\*THE USPTO IS NOT REQUIRED TO SEND ANY FURTHER NOTICE OR REMINDER OF THESE REQUIREMENTS. THE OWNER SHOULD CONTACT THE USPTO ONE YEAR BEFORE THE EXPIRATION OF THE TIME PERIODS SHOWN ABOVE TO DETERMINE APPROPRIATE REQUIREMENTS AND FEES.\*\*\***

To check the status of this registration, go to
https://tsdr.uspto.gov/#caseNumber=77609902&caseSearchType=US_APPLICATION&caseType=SERIAL_NO&searchType=statusSearch or contact the Trademark Assistance Center at 1-800-786-9199.

To view this notice and other documents for this registration on-line, go to
https://tsdr.uspto.gov/#caseNumber=77609902&caseSearchType=US_APPLICATION&caseType=SERIAL_NO&searchType=documentSearch NOTE: This notice will only be available on-line the next business day after receipt of this e-mail.

* **For further information, including information on filing and maintenance requirements for U.S. trademark applications and registrations and required fees, please consult the USPTO website at https://www.uspto.gov/trademark/ or contact the Trademark Assistance Center at 1-800-786-9199.**